# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MONTGOMERY CARL AKERS,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE N. SIEREVELD et al.,<br><br>Defendants. | No. SA CV 21-01074-CJC (DFMx)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that this case be dismissed without prejudice to Plaintiff re-filing it with payment of the civil and administrative filing fees required by 28 U.S.C. § 1914(a). Plaintiff is expressly warned that future IFP filings are likely to be barred and may result in filing restrictions and other sanctions, as appropriate.

Date: August 9, 2021

CORMAC J. CARNEY
United States District Judge