JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MONTGOMERY CARL AKERS, | No. SA CV 21-01074-CJC (DFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KATHERINE N. SIEREVELD et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice to Plaintiff's re-filing it with payment of the civil and administrative filing fees required by 28 U.S.C. § 1914(a).

Date: August 9, 2021

_____
CORMAC J. CARNEY
United States District Judge